**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**MELIO VASQUEZ**            **PLAINTIFF**

**v.**            **NO. 2:04CV354-P-A**

**DESOTO COUNTY JAIL, ET AL.**            **DEFENDANTS**

**JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated June 15, 2006, and the June 26, 2006, objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated June 15, 2006, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That the defendants' motion for summary judgment is hereby **DENIED.**

THIS, the 3rd day of October, 2006.

           /s/ W. Allen Pepper, Jr.
           W. ALLEN PEPPER, JR.
           UNITED STATES DISTRICT JUDGE